| | | |
|---|---|---|
| **Jefferson County**<br>**District Clerk's Office**<br>1085 Pearl Street<br>Room 203<br>Beaumont, TX  77701<br>409-835-8580<br>Fax 409-835-8527 |  | **Family Law Division**<br>409-835-8653<br><br>**Child Support**<br>P. O. Box 3586<br>Beaumont, TX 77704<br>409-835-8425 |

**JAMIE SMITH**
**District Clerk**

Date:   April 29, 2015

| | |
|---|---|
| The State of Texas | Clevon Harmanson |
|  | • Cause# D-196851 |
| County of Jefferson | Phillip M. Ryan, et al |

      I, Jamie Smith, Clerk of the District Court, in and for Jefferson County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the entire original case hereof, attached hereto <u>12</u> pages, as same was filed and appears of record in my office.

Witness my official seal and signature of office in Beaumont, Texas, this <u>29</u>[th] day of <u>April</u>, A.D., 20<u>15</u>.

**Jamie Smith**, District Clerk
Jefferson County, Texas

---

By _[signature]_
Deputy

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
3/17/2015 10:46:21 AM
JAMIE SMITH
DISTRICT CLERK
D-196851

NO. _____

| | | |
|---|---|---|
| CLEVON HARMANSON | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| PHILLIP M. RYAN AND CON-WAY | § | |
| TRUCKLOAD, INC. | § | \_\_\_\_ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Clevon Harmanson, hereinafter referred to as Plaintiff, complaining of Phillip M. Ryan and Con-way Truckload, Inc., hereinafter referred to as Defendants, and would respectfully show to the Court as follows:

1. Discovery is intended to be conducted under Level 3, Texas Rules of Civil Procedure, Rule 190.4.

2. Plaintiff is a resident citizen of Jefferson County, Texas.

3. Defendant, Phillip M. Ryan, who, upon information and belief, but subject to independent confirmation, is a resident citizen of Texas.

4. Defendant, Con-way Truckload, Inc. is a foreign corporation organized under the laws of Missouri and authorized to conduct business in the State of Texas and may be served by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

5. This Court has jurisdiction and venue of this case because this cause of action is for negligence and the subject matter of this lawsuit and the amount in controversy are all within the jurisdictional limits of this Court. Further, this Court has venue of this case because all or a substantial portion of the acts or events giving rise to the cause of action and the acts and/or omissions of negligence that proximately caused

the occurrence in question and the injuries and damages sustained by your Plaintiff occurred within the territorial limits of Jefferson County, State of Texas. Further, Plainitff, who was at the time of the collision in question, and is currently a resident citizen of the State of Texas. If Defendant Phillip M. Ryan is a resident citizen of the State of Texas, diversity of citizenship does not exist and there is no diversity of citizenship basis or other basis for federal court jurisdiction. The type of lawsuit involved herein is that type of case that is within the jurisdiction of this Court and the amount sought is within the jurisdictional limits of this Court. Therefore, this Court has both jurisdiction and venue to hear and resolve this case.

6.  It has become necessary for your Plaintiff to file this cause of action to recover compensatory damages for personal injuries received as a result of a motor vehicle collision that occurred on or about September 19, 2014. At all times material, Defendants, Phillip M. Ryan and Con-way Truckload, Inc., are thought to be the employer(s) and/or owner(s)/operator(s) of the tractor/trailer Defendant, Phillip M. Ryan, was driving at the time and on the occasion in question. Defendant, Phillip M. Ryan, is thought to have been operating said vehicle within the course and scope of his authority, agency and/or employment and within the furtherance of the business affairs of Defendant, Con-way Truckload, Inc. Discovery is at its infancy in this case. Further information and evidence will be obtained concerning the above issues that may possibly require additional or different allegations. Plaintiff reserves the right to amend and/or supplement as allowed by the Texas Rules of Civil Procedure.

7.    At the time and on the occasion in question, the Defendant, Phillip M. Ryan, was negligent in the operation of the vehicle he was driving in one or more of the following particulars:

    a)    Failure to keep a proper lookout;

    b)    Failure to control speed;

    c)    Failure to timely apply brakes;

    d)    Failure to control his vehicle to avoid a collision;

    e)    Failure to prevent his vehicle from traveling backwards and striking Plaintiff's vehicle;

    f)    Distracted driving;

    g)    Violations of applicable provisions of the Federal and State Federal Motor Carrier Safety Regulations. (negligence per se).

Such acts and/or omissions constitute negligence and such negligence, and negligence per se, proximately caused the occurrence in question and the injuries and damages sustained by your Plaintiff. Discovery is at its infancy in this case. Further information and evidence will be obtained concerning the above issues that may possibly require additional or different allegations. Plaintiff reserves the right to amend and/or supplement as allowed by the Texas Rules of Civil Procedure.

8.    Plaintiff also alleges that Defendant, Con-way Truckload, Inc., committed acts and/or omissions of negligent entrustment and/or negligence in providing the means for Phillip M. Ryan to be entrusted and/or provided the motor vehicle in question to an incompetent, unsafe, dangerous or reckless driver, along with violations of the Federal and State Federal Motoro Carrier Safety Regulations (negligence per se), such negligence, and



negligence per se, being a proximate cause of the collision and of the injuries and damages suffered by Plaintiffs. Discovery is at its infancy in this case. Further information and evidence will be obtained concerning the above issues that may possibly require additional or different allegations. Plaintiffs reserve the right to amend and/or supplement as allowed by the Texas Rules of Civil Procedure.

9. As a direct and proximate result of the negligence of the Defendants referenced above, your Plaintiff sustained the following damages in the past and, in reasonable probability, will continue to sustain these damages in the future: physical pain, mental anguish, physical impairment, loss of earning capacity and reasonable and necessary medical expenses. Plaintiff, Clevon Harmanson, sues for these damages in an amount within the minimum jurisdictional limits of the Court, over $1,000,000.00.

10. The Plaintiff also sues for pre-judgment and post-judgment interest on the items of damages allowed by law.

11. Plaintiffs demand a trial by jury on this case.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that the Defendants be cited in terms of law to appear and answer herein and that upon final hearing Plaintiff does have and recover of, from and against the Defendants, jointly and severally, for their compensatory damages in an amount in excess of the jurisdictional limits of this court, pre- and post-judgment interest, costs of Court, trial by jury and for such other and further relief, in law and in equity to which Plaintiff may show himself justly entitled.



Respectfully submitted,

LAW OFFICE OF GENE S. HAGOOD
1520 E. Highway 6
Alvin, Texas 77511
(281)331-5757
Fax: (281)331-1105
Email: firm@h-nlaw.com

BY: _____
GENE S. HAGOOD
SBOT # 08698400
*Attorneys for Plaintiff*

- 5 -



JAMIE SMITH
JEFFERSON COUNTY DISTRICT CLERK
1085 PEARL STREET, ROOM 203, BEAUMONT, TX 77701

**FILED**
DISTRICT CLERK OF
JEFFERSON CO TEXAS
3/17/2015 10:46:21 AM
JAMIE SMITH
DISTRICT CLERK
D-196851

## REQUEST FOR PROCESS
All sections must be completed for processing this request.

**Section 1:**
Cause No. _____    Date  03/16/2015
Style:

Clevon Harmanson
VS
Phillip M. Ryann and Con-Way Truckload, Inc.

**Section 2:**
Check Process Type:

☒ Citation    ☐ Precept to Serve / Notice of Hearing/Notice to Show Cause
☐ Temporary Restraining Order
☐ Application for Protective Order / Temporary (Ex Parte) Protective Order
☐ Notice of Registration of Foreign Judgment   ☐ Citation by Posting
☐ Writ of_____    ☐ Other_____
☐ Citation by Publication*- Newspaper: _____

☒ Check box if you would like the District Clerk's Office to make copies for your service. ($1.00 per page per pleading for copies for service)

**Section 3:**
Title of Document/Pleading to be attached for service: Plaintiff's Original Petition

Note: You must furnish one copy of the document/pleading for each party served.

**Section 4: PARTIES TO BE SERVED (Please type or print):**

1. Name: Con-Way Truckload c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
   Address: 211 E. 7th Street, Suite 620
   City: Austin         State: TX         Zip: 78701-3218

2. Name: _____
   Address: _____
   City: _____  State: _____  Zip: _____



3. Name: _____

   Address: _____

   City: _____ State: _____ Zip: _____

4. Name: _____

   Address: _____

   City: _____ State: _____ Zip: _____

5. Name: _____

   Address: _____

   City: _____ State: _____ Zip: _____

Section 5

**Check Service Type:**

- ☐ No Service
- ☐ Sheriff
- ☐ Constable Pct.
- ☐ Out of State
- ☐ Certified Mail
- ☐ Secretary of State
- ☐ Commissioner of Insurance
- ☐ Out of County
- ☒ Private Process    ☐ Other

Section 6 (ONLY if Section 7 does not apply)

**Attorney Name:** Gene S. Hagood

**Address:** 1520 E. Highway 6
Street/P.O. Box

Alvin          TX          77511
City           State       Zip

Attorney's Telephone No. 281-331-5757    Attorney's Bar No. 08698400

Section 7 (ONLY if Section 6 does not apply)

**Pro-Se Name:** _____

Address: _____

_____  _____  _____
City                State              Zip

Telephone No. _____

Section 8

**Check Delivery Type:**

☐ Hold for pick up    ☒ Mail to Attorney/Attn: Kim Caboche



# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED  Clevon Harmanson vs. Phillip M. Ryan and Con-Way Truckload, Inc.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

**FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
3/17/2015 10:46:21 AM
JAMIE SMITH
DISTRICT CLERK**

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: Gene S. Hagood | Email: firm@h-nlaw.com | Plaintiff(s)/Petitioner(s): Clevon Harmanson | X Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address: 1520 E. Highway 6 | Telephone: (281) 331-5757 | | |
| City/State/Zip: Alvin, TX 77511 | Fax: (281) 331-1105 | Defendant(s)/Respondent(s): Phillip M. Ryan<br>Con-Way Truckload, Inc. | Additional Parties in Child Support Case:<br>Custodial Parent:<br>Non-Custodial Parent:<br>Presumed Father: |
| Signature: /s/ | State Bar No: 08698400 | | |

[Attach additional page as necessary to list all parties]

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

**Civil**

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability:<br><br>X Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br><br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |

| | | Related to Criminal Matters | Other Family Law | Parent-Child Relationship |
|---|---|---|---|---|
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—Pre-indictment<br>☐Other: | ☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | ☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |

| Employment | Other Civil | | | |
|---|---|---|---|---|
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |

| Tax | Probate/Wills/Intestate Administration | Probate & Mental Health |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | ☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

☐ Appeal from Municipal or Justice Court ☐ Declaratory Judgment ☐ Prejudgment Remedy
☐ Arbitration-related ☐ Garnishment ☐ Protective Order
☐ Attachment ☐ Interpleader ☐ Receiver
☐ Bill of Review ☐ License ☐ Sequestration
☐ Certiorari ☐ Mandamus ☐ Temporary Restraining Order/Injunction
☐ Class Action ☐ Post-judgment ☐ Turnover

### 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
X Over $1,000,000

Rev 2/13

```
                    RECEIPT FOR: FEES                        E-FILING

Cause No: D-0196851       Date:   3/17/15        Receipt No:   308771
  Style:  CLEVON HARMANSON
      vs PHILLIP M RYAN ET AL

  Paid By: HAGOOD, GENE S                                  P
  Amt Paid:     298.40 EFILE004524906-0   Bal Due:

    10.00     RECORDS MANAGEMENT          10.00    COURT RECORD PRESERVATIO
    10.00     RECORDS ARCHIVE FEE          2.00    ELECTRONIC FILING FEE ($
    50.00     COUNTY FILING FEE            5.00    COPIES
    50.00     STATE FILING FEE            30.00    JURY
    10.00     LIBRARY FEE
    15.00     MEDIATION CENTER FEE
    15.00     STENO
     5.00     SECURITY FEE
    10.00     INDIGENT FEE
    42.00     JUDICIAL SUPPORT
     5.00     APPELLATE JUDICIAL SYSTE
    20.00     ELECTRONIC FILING FEE

                 JAMIE SMITH, CLERK DISTRICT COURTS
                      Jefferson County, Texas

                              By: _____
                                   ODBC              Deputy
_____
```

CITATION

C0196851---00004

# THE STATE OF TEXAS

## No. D-0196851

### CLEVON HARMANSON
### VS. PHILLIP M RYAN ET AL

## CITATION

### 136th JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: **CON-WAY TRUCKLOAD INC**
**BY SERVING ITS REGISTERED AGENT**
**CORPORATION SERVICE CO DBA CSC-LAWYERS INC SRVC CO**

by serving at:
**211 E 7TH STREET
SUITE 620
AUSTIN, TX   78701-3218**                                                          **DEFENDANT:**

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1001 Pearl St., 2nd floor, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 136th District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 17th day of March, 2015. It bears cause number D-0196851 and is styled:

Plaintiff:

**CLEVON HARMANSON**
VS.
**PHILLIP M RYAN ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

**HAGOOD, GENE S, Atty.
1520 EAST HIGHWAY 6
ALVIN, TX   77511 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 18th day of March, 2015.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Regan Corbello*
Regan



## RETURN OF SERVICE

D-0196851            136th JUDICIAL DISTRICT COURT
CLEVON HARMANSON
PHILLIP M RYAN ET AL

Executed when copy was delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
CON-WAY TRUCKLOAD INC
BY SERVING ITS REGISTERED AGENT

AUSTIN, TX 78701 3218

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ___.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
|---|---|---|
|   |   |   |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy  $ _____
Total                      $ _____

_____, Officer
_____, County, Texas
By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is
       (First, Middle, Last)
_____
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

