IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CLEVON HARMANSON, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION No. 1:15-CV-179 |
| v. § | |
| § | JUDGE RON CLARK |
| PHILLIP RYAN AND CON-WAY § | |
| TRUCKLOAD, INC., § | |
| § | |
| *Defendants.* § | |

## **FINAL JUDGMENT**

This matter came before the Court for trial by jury, and in accordance with the verdict of the jury and orders previously entered, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff, Clevon Harmanson, shall recover of and from Defendant Con-Way Truckload, Inc., the following:

1. The sum of $1,022.00 in past medical care,

together with prejudgment interest on such sum from March 17, 2015, to the date of this judgment, at the rate of 5.0% simple interest, as provided under Texas law applicable in this diversity case, for a total amount of $1,077.92.

IT IS FURTHER ORDERED THAT costs of court are taxed to Defendants.

IT IS FURTHER ORDERED THAT all sums awarded shall include post-judgment interest calculated pursuant to 28 U.S.C. § 1961 from the date of the judgment, until the judgment is satisfied, for all of which sum let execution issue if the judgment is not timely paid.

IT IS FURTHER ORDERED THAT all pending motions and all relief not specifically granted herein are denied. This is a final judgment, which disposes of all claims and causes of action, and is appealable.

So **ORDERED** and **SIGNED** this **21** day of **April, 2016.**

_____
Ron Clark, United States District Judge